**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00787-CR

**ARMANDO OVIEDO NINO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55053-S**

# ORDER

Appellant's brief is overdue in this appeal. We also note that State's Exhibit no. 1, a DVD is an .AXE file that is not viewable on this Court's equipment.

Accordingly, we **ORDER** the trial court to make findings regarding the following.

- With regard to State's Exhibit no. 1, the trial court shall determine whether the DVD exhibit can be converted to MP4 format or another format apart from an .AXE file. If the trial court finds that that the DVD exhibit can be converted to MP4 or another format other than an .AXE, the Court shall also make a finding as to the type of format and the date by which a new copy of State's Exhibit no. 1 will be filed.

- We further **ORDER** the trial court to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing

in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
JUSTICE